IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| ROGER NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | NO. 2:03-0131 |
| ) | JUDGE HAYNES |
| KENNETH BEAN, individually ) | |
| and in his official capacity as ) | |
| Sheriff of Jackson County, Tennessee, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 16) is **GRANTED**. This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 19th day of July, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge